FILED
 2009 Aug-12 PM 02:48
U.S. DISTRICT COURT
  N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| HARRY J. COUGHLIN, | ] |
| Petitioner, | ] |
| vs. | ] CIVIL ACTION NO. 09-LSC-RRA-1454-S |
| SHERIFF MIKE HALE, et al., | ] |
| Respondents. | ] |

## ORDER OF DISMISSAL

In accordance with the Memorandum Opinion entered contemporaneously herewith, the petition for a writ of habeas corpus is hereby **DISMISSED without prejudice**. Costs are taxed to the petitioner.

Done this 12th day of August 2009.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
153671